UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: _____

**ALBERTO MONTES DE OCA**

      Plaintiff,

v.

**KEY COLONY HOMEOWNERS ASSOCIATION, INC.**

      Defendant.

_____/

## COMPLAINT

Plaintiff Alberto Montes de Oca sues Defendant Key Colony Homeowners Association, Inc. for violating the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 207 ("FLSA").

### Parties, Jurisdiction, Venue, Facts, Etc.

1. Plaintiff Alberto Montes de Oca was at all material times, an employee of Defendant and a non-exempt employee within the meaning of the FLSA. Plaintiff resides in Miami-Dade County, Florida. Plaintiff was employed as a landscaping supervisor.

2. Defendant Key Colony Homeowners Association, Inc. is a Florida corporation based in Key Biscayne, Florida. It is an employer within the meaning of the FLSA.

3. Jurisdiction is based on 28 U.S.C. § 1331 (federal question jurisdiction).

4. Venue is proper in Miami-Dade County, Florida, as Plaintiff's employment was based in Miami. 28 U.S.C. § 89.

5. Plaintiff was salaried at $647.60 per week.

6. Plaintiff was misclassified as exempt from the FLSA.

7. Plaintiff was denied overtime compensation.

8. Plaintiff worked approximately1 to 2 hours extra per day during the week and either 4 or 8 hours on Saturdays.

9. Defendant does not have time records showing the start and stop times worked by the Plaintiff.

### Count I - Fair Labor Standards Act / Unpaid Overtime

10. Plaintiff incorporates paragraph 1 – 10.

11. Plaintiff was a non-exempt employee of Defendant within the meaning of the FLSA.

12. Defendant was, at all material times, an employer within the meaning of the FLSA.

13. Plaintiff worked for the Defendant and worked in excess of 40 hours per week.

14. Plaintiff was entitled to overtime at 1.5 times his regular rate of pay for all hours worked in excess of 40 hours per week.

15. Plaintiff was not paid overtime wages by the Defendant.

16. Defendant's violation of the FLSA was willful and intentional.

17. Plaintiff is entitled to an award of back pay and liquidated damages equal to the amount of the back pay.

### Demand for Jury Trial

Plaintiff demands a trial by jury on all issues so triable.

### Prayer for Relief

Plaintiff Alberto Montes de Oca prays that this Court enter judgment in his favor against Defendant Key Colony Homeowners Association, Inc., and award monetary damages for back

pay, liquidated damages, reasonable attorneys' fees and costs, and any other relief this Court deems appropriate.

>Respectfully submitted,
>
>  /s/ Matthew Sarelson
> Florida Bar 888281
> **KAPLAN YOUNG & MOLL PARRÓN**
> Attorneys for Plaintiff
> 600 Brickell Avenue, Suite 1715
> Miami, Florida 33131
> Phone (305) 330-6090
> msarelson@kymplaw.com